1016

[No. 15231-6-III.     Division Three.     March 6, 1997.]

NEIL J. CUMMINS, JR., ET AL., *Respondents*, v. GUS A. BREMER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 88-2-00479-4, Carol A. Wardell, J., entered September 20, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[Nos. 19077-0-II; 19624-7-II;   Division Two.   March 7, 1997.]
    19607-7-II; 19185-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO HERNANDEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN SOTO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GOMEZ DAVILA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LEOBARDO GILL, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 94-1-03586-1, 95-1-00747-5, 95-1-00746-7, and 94-1-04682-1, Thomas R. Sauriol, J., entered December 27, 1994, June 26 and June 12, 1995, and February 22, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J. Now published in part at 85 Wn. App. 672.

[No. 19182-2-II.     Division Two.     March 7, 1997.]

WOLF H. SEYDEL, *Respondent*, v. EDWIN T. IGE, SR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-2-01706-2, Roger A. Bennett, J., entered January 27, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.